# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONI VLASIS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08cv0890 DMS (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff Loni Vlasis applied for disability benefits under the Social Security Act; Defendant denied the application. Consequently, on May 19, 2008, Plaintiff filed the complaint in this case, seeking judicial review of the denial of benefits. Defendant's answer and the administrative record have now been filed. Thus, the matter is now ready for this Court's review. In accordance with Civ. L.R. 7.1(e)(7), the Court hereby sets the following briefing schedule and hearing date on the parties' cross-motions for summary judgment:

1.　Plaintiff shall file her motion for summary judgment no later than **September 10, 2008**.

2.　Defendant shall file his cross-motion for summary judgment and opposition no later than **October 10, 2008**.

3.　Plaintiff shall file any reply no later than **October 24, 2008**.

/ / /

/ / /

4. The motions will be heard on **Friday, November 7, 2008**, at **1:30 p.m.** Unless otherwise noticed, this matter shall be resolved on the papers submitted and without oral argument. Civ. L.R. 7.1(d)(1). Accordingly, no appearances are required on November 7, 2008.

**IT IS SO ORDERED.**

DATED: August 11, 2008

HON. DANA M. SABRAW
United States District Judge